O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA L. BARRERA NUNO, | ) | CASE NO. ED CV 13-01846 RZ |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: June 30, 2014

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE